me the defendants have been brought separately into court, having answered separately, and being absolved from liability by the judgment finally entered in the cause, were entitled to have their costs individually and separately taxed. The only thing that any of them apparently have in common is that they are brought into court on the same process. This does not give the plaintiffs a right to deprive them of the costs which they would have recovered had they been sued in separate actions. In theory of law, no matter what may have been the fact of the particular case, each defendant was subject to the necessity of employing counsel, of filing his papers and incurring the expenses of the litigation. It would seem that the costs accruing under these circumstances are those which would have accrued had the parties been the sole defendants in different actions.

The costs will be retaxed by the clerk in accordance with the views herein expressed.

## IN RE APPLICATION OF WILLIAM H. VON TISH.

Submitted January term, 1925—Decided February 13, 1925.

On application for modification or reversal of ruling *In re* examination of attorney's license.

Before Justices TRENCHARD, MINTURN and LLOYD.

For the application, *William H. Von Tish* (care *Smith & Slingerland*).

PER CURIAM.

Our examination of the annexed papers (correspondence with judges and letter of the clerk) satisfies us that the clerk is right in the ruling contained in his letter, and we decline to make any order.